Hello,

Thank you for your message. We cannot accept your appeal because it does not address the report we received from the rights owner. Please provide the following information so we can process your appeal:

-- A valid retraction sent to Amazon directly from the original rights owner who reported the infringing content listed at the end of this email. We do not accept forwarded or attached retractions. Please contact the rights owner listed below to request that a retraction be sent to notice-dispute@amazon.com:

--   mattel.enforcement@incoproip.com

-- Greater detail on the root cause(s) of the infringement.
-- Greater detail on the actions you have taken to resolve infringement issues.
-- Greater detail on the steps you have taken to prevent infringement going forward.
-- Greater detail on why you believe an error has occurred.

Where do I send this information?
Send this information to notice-dispute@amazon.com.

What happens if I do not send the requested information?
If we do not receive the requested information within 17 days of the original suspension notification, your account will remain deactivated.

Has your account been deactivated in error?
If you believe there has been an error, please tell us why. Your explanation should include the following information:

-- How your listing(s) have not violated the brand's intellectual property.

ASIN: B06XJZXT6K
Infringement Type: Counterfeit
Complaint ID: 6038293781

…
http://www.amazon.com