# Ballard Spahr
LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Joseph Slaughter
Tel: 646.346.8028
Fax: 212.223.1942
SlaughterJ@ballardspahr.com

August 14, 2020

*By Electronic Filing*

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>*Modellbahn Ott Hobbies, Inc. v. Velcro USA, Inc., et al.*, No. 20-cv-3526-LLS</u>

Dear Judge Stanton:

  We represent defendants Incopro Limited ("Incopro") and Mattel, Inc. ("Mattel") in the above-referenced action. We write on their behalf to respectfully request an adjournment of their time to respond to the Amended Complaint (ECF No. 13) until September 30, 2020. Currently, their responsive pleading is due August 20, 2020. There have been no previous requests for extensions in this matter. Plaintiff consents to the proposed adjournment. Accordingly, Incopro and Mattel respectfully request that the Court grant the proposed adjournment.

  Thank you for your attention to this matter.

Respectfully submitted,

<u>/s/Joseph Slaughter</u>
Joseph Slaughter

JS/mm

cc: All counsel of record (via ECF)