ORIGINAL

MEMO ENDORSED



# Lee Law

**Michael Lee**
Lee Law PLLC
michael@leelawservices.com
212.621.8239

August 19, 2020

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 8/19/20

**VIA ECF**
Honorable Louis L. Stanton
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Modellbahn Ott Hobbies, Inc. v. Velcro USA, Inc., et al.*, 20-cv-3526 (LLS)

Dear Judge Stanton:

We represent defendant American Tombow ("Tombow") in the above-referenced action.

We write on behalf of Tombow to respectfully request an adjournment of its time to respond to the Amended Complaint (ECF No. 13) until September 30, 2020. Currently, Tombow's responsive pleading is due August 20, 2020. There have been no previous requests for extensions in this matter. Plaintiff consents to the proposed adjournment.

Accordingly, Tombow respectfully requests that the Court grant the proposed adjournment.

Thank you for your consideration.

*[Handwritten endorsement: granted  Louis L. Stanton  8/19/20]*

Respectfully Submitted,

**LEE LAW PLLC**

By: _____
Michael Lee (ML 6353)

cc: All Counsel of Record (via ECF)