ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    9/16/21
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Modellbahn Ott Hobbies, Inc., d/b/a Supreme Hobbies, ) | **NOTICE OF DISMISSAL** |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| v.  ) | |
| ) | Case No.: 1:20-cv-03526-LLS |
| Velcro USA, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

PLAINTIFF, via its' counsel, hereby voluntarily dismisses its claims against the sole remaining defendant, KOALA TOOLS.

Defendant KOALA TOOLS has not answered the complaint, filed any motions nor responded to the action in any manner.

Dated: August 16, 2021
Long Beach, New York

Cory Jay Rosenbaum, Esq.
Rosenbaum, Famularo & Segall, P.C.
Counsel for Plaintiff Modellbahn Ott Hobbies, Inc.
138A East Park Avenue
Long Beach, New York 11561
CJR@AmazonSellersLawyer.com
212-256-1109

So Ordered.
Louis L. Stanton
8/16/21